## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf against, BMNY Contracting Corp. and/or BMNY Construction Corp. to recover unpaid minimum and/or overtime wages owed for weeks in which I worked more than forty (40) hours pursuant to the federal Fair Labor Standards Act of 1938, as amended 29 U.S.C. §201 et seq. I hereby authorize the Law Office of Peter A. Romero to represent me in this case. This document has been read to me in my native language of Spanish.

_Jose Frank Oliven_
Name

_01/02/2018_
Date

_Guillermo Sanchez_
NAME

_2/2/2018_
Date

_Ramon Basurto Valdez_
Name

Date _02/02/2018_