UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| MARIO J. HERNANDEZ, JOSE MILTON APARICIO, FIDENCIO ORELLANA DIAZ, DIEGO LACERDA, FRANCISCO LOPEZ, ASSIS RODRIGUEZ, VRADIMIR A. GUZMAN, RAMON BASURTO, GUILLERMO A. SANCHEZ, WALNEY SILVA, BRANDON HEMMEN, JEFFERSON BASTOS, and VICTOR CHILA LOPEZ on behalf of themselves and all others similarly situated, | Docket No.: 17-cv-09375 (LJL) |
| Plaintiffs, | **NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55** |
| -against- | |
| BMNY CONTRACTING CORP., BMNY CONSTRUCTION CORP., BENEDETTO CUPO, and EASTLAND SERVICES CORP., | |
| Defendants. | |

-----------------------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the annexed Declaration of David D. Barnhorn, Esq. and all exhibits attached thereto, Plaintiffs' memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on a date and time to be determined by the Court, before the Hon. Lewis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 701, New York, New York 10007, for an Order, pursuant to Fed. R. Civ. P. 55: (1) entering a default judgment in Plaintiffs' favor against Defendants; (2) awarding Plaintiffs damages of $23,570.71 to Mario J. Hernandez, $96,166.88 to Jose Milton Aparicio, $2,301.25 to Fidencio Orellana Diaz, $1,400.00 to Diego Lacerda, $123,165.00 to Francisco Lopez, $31,705.00 to Assis Rodriguez, $46,161.38 to Vradimir A. Guzman, $44,149.50 to Ramon Basurto, $16,676.25 to Guillermo A. Sanchez, $6,470.00 to Walney Silva, $5,656.00 to Brandon Hemmen, $12,635.00 to Jefferson

Bastos and $7,727.50 to Victor Chila Lopez for unpaid overtime wages the FLSA and NYLL and for other unpaid wages under the NYLL; (3) awarding Plaintiffs damages of $23,570.71 to Mario J. Hernandez, $96,166.88 to Jose Milton Aparicio, $2,301.25 to Fidencio Orellana Diaz, $1,400.00 to Diego Lacerda, $123,165.00 to Francisco Lopez, $31,705.00 to Assis Rodriguez, $46,161.38 to Vradimir A. Guzman, $44,149.50 to Ramon Basurto, $16,676.25 to Guillermo A. Sanchez, $6,470.00 to Walney Silva, $5,656.00 to Brandon Hemmen, $12,635.00 to Jefferson Bastos and $7,727.50 to Victor Chila Lopez for liquidated damages under the NYLL; (4) awarding damages of $1,800.00 to Plaintiff Diego Lacerda and $5,000.00 to each other Plaintiff (except for Plaintiffs Fidencio Orellana Diaz and Francisco Lopez) for violations of NYLL § 195(1); (5) awarding damages of $5,000.00 to each Plaintiff for violations of NYLL § 195(3); (6) awarding Plaintiffs damages of $19,818.75 to Mario J. Hernandez, $27,781.25 to Jose Milton Aparicio, $12,801.25 to Fidencio Orellana Diaz, $6,667.50 to Diego Lacerda, $74,620.00 to Francisco Lopez, $5,780.00 to Assis Rodriguez, $6,674.63 to Vradimir A. Guzman, $5,145.00 to Ramon Basurto, $10.688.00 to Guillermo A. Sanchez, $24,010.00 to Walney Silva, $4,144.00 to Brandon Hemmen, $14,481.25 to Jefferson Bastos and $3,179.00 to Victor Chila Lopez for violations of NYLL § 191; (7) awarding Plaintiffs' counsel attorneys' fees in the amount of $39,320.00, (8) awarding Plaintiffs' counsel advanced litigation expenses in the amount of $1,421.00, (9) awarding pre-judgment interest under the NYLL; (10) awarding post-judgment interest under federal law; (11) alternatively, scheduling an evidentiary hearing to establish the amount of damages owed to Plaintiffs; and (12) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) and 6.4 of the Local Rules of the Southern District of New York, Defendants' opposition papers, if any, are to be served

within fourteen days of service of this motion; and Plaintiffs' reply papers, if any, are to be served within seven days of service of Defendants' opposition papers, if any.

Dated: Hauppauge, New York
January 8, 2021

                              LAW OFFICE OF PETER A. ROMERO PLLC
                              *Attorneys for Plaintiffs*
                              825 Veterans Highway, Suite B
                              Hauppauge, New York 11788
                              Tel.: (631) 257-5588

By: _____
      DAVID D. BARNHORN, ESQ.
      PETER A. ROMERO, ESQ.