```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
MARIO HERNANDEZ, et al.,                                            :
                                                                    :
                         Plaintiffs,                                :
                                                                    :    17-cv-9375 (LJL)
        -v-                                                         :
                                                                    :    ORDER
BMNY CONTRACTING CORP., et al.,                                     :
                                                                    :
                         Defendants.                                :
                                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the hearing on January 20, 2021, Plaintiffs are directed to serve Defendants with their motion for default judgment and supporting papers by January 29, 2021.

      Defendants shall respond to the motion for default judgment by March 30, 2021, or face the risk of entry of a default judgment against them.

      SO ORDERED.

Dated: January 20, 2021
       New York, New York                              _____
                                                            LEWIS J. LIMAN
                                                     United States District Judge