```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Hernandez, et al.,                                                 :
                                                                   :
                         Plaintiffs,(s),                           :
                                                                   :              17-cv-9375 (LJL)
        -v-                                                        :
                                                                   :                  ORDER
BMNY Contracting Corp, et al.,                                     :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2021

LEWIS J. LIMAN, United States District Judge:

      At a conference on January 20, 2021, and in an Order, the Court directed Plaintiffs to serve Defendants with their motion for default judgment and supporting papers by January 29, 2021.  Dkt. No. 115.  Plaintiffs are directed to file an affidavit of service of the motion, at Dkt. No. 111, and supporting papers by August 23, 2021.

      SO ORDERED.

Dated: August 19, 2021
      New York, New York

                                                              LEWIS J. LIMAN
                                                  United States District Judge