UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MARIO J. HERNANDEZ, et al.,

                  Plaintiffs,

      -v-

BMNY CONTRACTING CORP., et al.,

                  Defendants.

------------------------------------------------------------------------X

17-cv-9375 (LJL)

ORDER

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/27/2026

LEWIS J. LIMAN, United States District Judge:

The Report and Recommendation at Dkt. No. 133 is adopted in full.

Plaintiffs' counsel has not moved to withdraw as counsel for the remaining opt-in plaintiffs. By April 3, 2026, counsel shall file a letter with the Court regarding the status of the case with respect to the remaining plaintiffs and what remains before the Court may enter final judgment in this case.

SO ORDERED.

Dated: March 27, 2026
       New York, New York

_____
                LEWIS J. LIMAN
          United States District Judge