USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

MARIO J. HERNANDEZ, et al.,

Plaintiffs,

-v-

BMNY CONTRACTING CORP., et al.,

Defendants.

-------------------------------------------------------------------- X

17-cv-9375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to add the following addresses for the self-represented litigants to the docket sheet:

Cheiton C. De Souza
94 Houston Street, Apt. 2
Newark, NJ 07105

Roberto Ferraz Da Costa
35 New York Ave
Newark, NJ 07105

Roberto Ferraz Da Costa
103 Elm Street, Apt. 5
Newark, NJ 07105

Roberto Ferraz Da Costa
195 New York Avenue, Basement
Newark, NJ 07105

Luiz Victor Melenco Matos
1674 Marina Court
San Mateo, CA 94403

Luiz Victor Melenco Matos
14-16 Scott Street
Newark, NJ 07105

Luiz Victor Melenco Matos
124 Windsor Street
Kearny, NJ 07032

Jose De Olivera
105 Ann Street
Newark, NJ 07105

Josue Salgado
8 Circle Drive
Bayshore, NY 11706

Josue Salgado
19 Belgrave Avenue
Bayshore, NY 11706

Vander Aguiar
282 Van Buren Street, Floor 3, Room 2
Newark, NJ 07105

Vander Aguiar
205 Seeley Avenue
Kearny, NJ 07032

Ali Tunkara
1330 College Avenue
Bronx, NY 10456

Dembo Cham
1336 College Avenue
Bronx, NY 10456

Josue Canas Alvarado
4 Lavrel Rd.
Brentwood, NY 11717

Josue Canas Alvarado
19 Belgrave Avenue
Bayshore, NY 11706

SO ORDERED.

Dated: July 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge