USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 07/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. HERNANDEZ, et al.,

Plaintiffs,

-v-

BMNY CONTRACTING CORP., et al.,

Defendants.

17-cv-9375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court hereby notifies the *pro se* litigants that a telephonic status conference is scheduled in this matter for August 3, 2026, at 10:00 AM. Parties and counsel are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 144 as well as this Order to Plaintiffs Cheiton C. De Souza, Roberto Da Costa, Luiz Victor Matos, Jose De Olivera, Josue Salgado, Vander Aguiar, Ali Tunkara, Dembo Cham, and Josue Canas Alvarado at the addresses listed on the docket.

SO ORDERED.

Dated: July 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge