USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. HERNANDEZ, et al.,

Plaintiffs,

-v-

BMNY CONTRACTING CORP., et al.,

Defendants.

17-cv-9375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic status conference in this matter today, August 3, 2026. Attorney Peter Arcadio Romero attended on behalf of the named Plaintiffs. No Opt-In Plaintiff attended. This Order memorializes the rulings made at the conference:

Attorney Romero is directed to file a motion to withdraw as counsel for the remaining Opt-In Plaintiffs by September 3, 2026. Any responses to the motion shall be filed no later than September 17, 2026.

The Court will hold a telephonic hearing on the motion to withdraw on September 23, 2026 at 12:00 p.m. Parties and counsel are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Attorney Romero is directed to indicate the foregoing dates in his notice of motion, which he shall serve on the Opt-In Plaintiffs. The Opt-In Plaintiffs are warned that failure to attend the hearing will result in dismissal of their claims without prejudice either for failure to comply with this Order or for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs

Cheiton C. De Souza, Roberto Da Costa, Luiz Victor Matos, Jose De Olivera, Josue Salgado, Vander Aguiar, Ali Tunkara, Dembo Cham, and Josue Canas Alvarado at the addresses listed on the docket.

SO ORDERED.

Dated: August 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge