USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MARIO J. HERNANDEZ, et al.,

Plaintiffs,

-v-

BMNY CONTRACTING CORP., et al.,

Defendants.

---------------------------------------------------------------------X

17-cv-9375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is a letter motion by Plaintiffs' counsel to cancel the deadline for Attorney Peter A. Romero to move to withdraw as counsel of record for the remaining Opt-In Plaintiffs and to adjourn the telephonic hearing regarding that motion. Dkt. No. 152.

By Order of August 3, 2026, the Court directed that Attorney Romero file a motion to withdraw as counsel for the remaining Opt-In Plaintiffs by September 3, 2026, and that any responses to the motion were to be filed no later than September 17, 2026. Dkt. No. 150. The Court also scheduled a telephonic hearing on the motion to withdraw on September 23, 2026 at 12:00 p.m. *Id.* Upon reflection and review of the docket, the Court agrees that the motion and associated hearing are unnecessary in light of the fact that the Court previously granted the motion for Romero Law Group PLLC to withdraw as counsel for the remaining Opt-In Plaintiffs. Dkt. No. 144.

Accordingly, the letter motion is GRANTED. The briefing schedule previously set for Attorney Romero's independent motion to withdraw is VACATED and the telephonic hearing scheduled for September 23, 2026 is CANCELLED.

The Clerk of Court is respectfully directed to close Dkt. No. 152.

SO ORDERED.

Dated: August 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge